| | |
|---|---|
| 1 | SMITH, MCDOWELL & POWELL |
| | A LAW CORPORATION |
| 2 | Brad A. McDowell (S.B. #207142) |
| | C. Jason Smith (S.B. #237966) |
| 3 | Matthew M. Breining (SB #306788) |
| | 100 Howe Ave., Suite 208 S |
| 4 | Sacramento, CA 95825 |
| | Telephone: 916.569.8100 |
| 5 | Facsimile: 916.848.3777 |
| | E-mail: bmcdowell@smplawcorp.com |
| 6 | cjsmith@smplawcorp.com |
| | mbreining@smplawcorp.com |
| 7 | |
| | MURRAY MURPHY MOUL + BASIL LLP |
| 8 | Geoffrey J. Moul (admitted *pro hac vice*) |
| | 1114 Dublin Road |
| 9 | Columbus, OH 43215 |
| | Telephone: 614.488.0400 |
| 10 | Facsimile: 614.488.0401 |
| | E-mail: moul@mmmb.com |
| 11 | |
| 12 | Attorney for Defendant The Scotts Miracle-Gro Company |
| 13 | GAW \| POE LLP |
| | Randolph Gaw (S.B. #223718) |
| 14 | Mark Poe (S.B. #223714) |
| | Victor Meng (S.B. #254102) |
| 15 | 4 Embarcadero, Suite 1400 |
| | Telephone: 415.766.7451 |
| 16 | Facsimile: 415.737.0642 |
| | E-mail: rgaw@gawpoe.com |
| 17 | mpoe@gawpoe.com |
| | vmeng@gawpoe.com |
| 18 | |
| | Attorneys for Plaintiff Theo Duncan |

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| THEO DUNCAN, | Case No.: 2:16-cv-00293-TLN-KJN |
| Plaintiff, | Judge Troy L. Nunley |
| vs. | |
| THE SCOTTS MIRACLE-GRO COMPANY, | **ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| Defendant. | |

Plaintiff Theo Duncan and Defendant The Scotts Miracle-Gro Company, pursuant to Local Rule 144, previously stipulated to a 16-day extension of time up to and including April 20, 2016 for Defendant to move or plead in response to Plaintiff's Complaint. The parties, by a Second Stipulation, agreed that Defendant be given an additional 12-day extension of time, up to and including May 2, 2016, to move or plead in response to Plaintiff's Complaint. The total stipulated extension does not exceed 28 days.

Upon consideration of the Second Stipulation filed by the parties, Defendant's deadline to respond to Plaintiff's Complaint is extended to May 2, 2016.

IT IS SO ORDERED.

Dated: April 19, 2016

_____
Troy L. Nunley
United States District Judge