KELLER, SLOAN, ROMAN & HOLLAND LLP
Christopher T. Holland (SBN 164055) cholland@ksrh.com
Ethan Jacobs (SBN 291838) ejacobs@ksrh.com
555 Montgomery St., 17th Floor
San Francisco, CA  94111
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

MURRAY MURPHY MOUL + BASIL LLP
Geoffrey J. Moul (admitted *pro hac vice*)
1114 Dublin Road
Columbus, OH 43215
Telephone:  (614) 610-9653
Facsimile:  (614) 488-0401
Email: moul@mmmb.com

Attorneys for Defendant
THE SCOTTS MIRACLE-GRO COMPANY

GAW | POE LLP
Randolph Gaw (SBN 223718) rgaw@gawpoe.com
Mark Poe (SBN 223714) mpoe@gawpoe.com
Victor Meng (SBN 254102) vmeng@gawpoe.com
4 Embarcadero, Suite 1400
Telephone: (415) 766.7451
Facsimile: 415.737.0642

Attorneys for Plaintiff
THEO DUNCAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| THEO DUNCAN,<br><br>    Plaintiff,<br><br>v.<br><br>THE SCOTTS MIRACLE-GRO COMPANY,<br><br>    Defendant. | Case No.: 2:16-CV-293<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

1

Plaintiff Theo Duncan and Defendant The Scotts Miracle-Gro Company, pursuant to Local Rule 144, previously stipulated to a 12-day extension of time up to and including May 2, 2016 for Defendant to move or plead in response to Plaintiff's Complaint.  The parties, by a Third Stipulation, agreed that Defendant be given an additional 14-day extension of time, up to and including May 16, 2016, to move or plead in response to Plaintiff's Complaint.

Upon consideration of the Third Stipulation filed by the parties, Defendant's deadline to respond to Plaintiff's Complaint is extended to May 16, 2016.

IT IS SO ORDERED.

Dated: April 29, 2016

_____
Troy L. Nunley
United States District Judge