KELLER, SLOAN, ROMAN & HOLLAND LLP
Christopher T. Holland (SBN 164055) cholland@ksrh.com
Ethan Jacobs (SBN 291838) ejacobs@ksrh.com
555 Montgomery St., 17th Floor
San Francisco, CA 94111
Telephone: 415.249.8330
Facsimile: 415.249.8333

MURRAY MURPHY MOUL + BASIL LLP
Geoffrey J. Moul (admitted *pro hac vice*) moul@mmmb.com
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.610.9653
Facsimile: 614.488.0401

Attorney for Defendant
THE SCOTTS MIRACLE-GRO COMPANY

GAW | POE LLP
Randolph Gaw (SBN 223718) rgaw@gawpoe.com
Mark Poe (SBN 223714) mpoe@gawpoe.com
Victor Meng (SBN 254102) vmeng@gawpoe.com
4 Embarcadero, Suite 1400
San Francisco, CA 94111
Telephone: 415.766.7451
Facsimile: 415.737.0642

Attorneys for Plaintiff
THEO DUNCAN

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| THEO DUNCAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE SCOTTS MIRACLE-GRO COMPANY,<br><br>　　　　Defendant. | Case No.: 2:16-cv-00293-TLN-KJN<br><br>**ORDER EXTENDING TIME TO FILE JOINT STATUS REPORT** |

　　　Plaintiff Theo Duncan and Defendant The Scotts Miracle-Gro Company, by stipulation, agreed that the parties be given an extension of time to confer as required by Fed. R. Civ. P. 26(f) and to prepare and submit a joint status report that includes the Rule 26(f) discovery plan.

Upon consideration of the stipulation filed by the parties, the deadline for the parties to submit a joint status report that includes the Rule 26(f) discovery plan is extended to 30 days after the Court's decision on Defendant's motion to dismiss the Amended Complaint.

IT IS SO ORDERED.

Dated: June 22, 2016

_____
Troy L. Nunley
United States District Judge