KELLER, SLOAN, ROMAN & HOLLAND LLP
Christopher T. Holland (SBN 164055) cholland@ksrh.com
Ethan Jacobs (SBN 291838) ejacobs@ksrh.com
555 Montgomery St., 17th Floor
San Francisco, CA 94111
Telephone: 415.249.8330
Facsimile: 415.249.8333

MURRAY MURPHY MOUL + BASIL LLP
Geoffrey J. Moul (admitted *pro hac vice*) moul@mmmb.com
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.610.9653
Facsimile: 614.488.0401

Attorney for Defendant
THE SCOTTS MIRACLE-GRO COMPANY

GAW | POE LLP
Randolph Gaw (SBN 223718) rgaw@gawpoe.com
Mark Poe (SBN 223714) mpoe@gawpoe.com
Victor Meng (SBN 254102) vmeng@gawpoe.com
4 Embarcadero, Suite 1400
San Francisco, CA 94111
Telephone: 415.766.7451
Facsimile: 415.737.0642

Attorneys for Plaintiff
THEO DUNCAN

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| THEO DUNCAN, | Case No.: 2:16-cv-00293-TLN-KJN |
| Plaintiff, | **ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE** |
| vs. | |
| THE SCOTTS MIRACLE-GRO COMPANY, | |
| Defendant. | |

Plaintiff Theo Duncan and Defendant The Scotts Miracle-Gro Company, by stipulation, agreed that Defendant be given an extension of time up to and including July 1, 2016 to move or plead in response to Plaintiff's Amended Complaint. Defendant has indicated its intention to file

a motion to dismiss the Amended Complaint under Fed. R. Civ. P. 12.  The parties have stipulated to a briefing schedule extending Plaintiff's deadline for filing an opposition to the motion to dismiss and extending Defendant's deadline for filing a reply to Plaintiff's opposition.

Upon consideration of the stipulation filed by the parties, Defendant's deadline to respond to Plaintiff's Amended Complaint is extended to July 1, 2016, Plaintiff's deadline to file an opposition to the motion to dismiss is extended to August 1, 2016, and Defendant's deadline to file a reply to Plaintiff's opposition is extended to August 22, 2016.

IT IS SO ORDERED.

Dated: June 23, 2016

Troy L. Nunley
United States District Judge