KELLER, SLOAN, ROMAN & HOLLAND LLP
Christopher T. Holland (SBN 164053) cholland@ksrh.com
Ethan Jacobs (SBN 291838) ejacobs@ksrh.com
555 Montgomery St., 17th Floor
San Francisco, CA 94111
Telephone: 415.249.8330
Facsimile: 415.249.8333

MURRAY MURPHY MOUL + BASIL LLP
Geoffrey J. Moul (admitted *pro hac vice*) moul@mmmb.com
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.610.9653
Facsimile: 614.488.0401

Attorney for Defendant
THE SCOTTS MIRACLE-GRO COMPANY

GAW | POE LLP
Randolph Gaw (SBN 223718) rgaw@gawpoe.com
Mark Poe (SBN 223714) mpoe@gawpoe.com
Victor Meng (SBN 254102) vmeng@gawpoe.com
4 Embarcadero, Suite 1400
San Francisco, CA 94111
Telephone: 415.766.7451
Facsimile: 415.737.0642

Attorneys for Plaintiff
THEO DUNCAN

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| THEO DUNCAN, | Case No.: 2:16-cv-00293-TLN-KJN |
| Plaintiff, | **ORDER RE IDEA SUBMISSION AGREEMENT** |
| vs. | |
| THE SCOTTS MIRACLE-GRO COMPANY, | |
| Defendant. | |

Plaintiff Theo Duncan and Defendant The Scotts Miracle-Gro Company, by stipulation, agreed that the Court may consider the recently discovered Idea Submission Agreement dated November 14, 2008 as part of Plaintiff's Amended Complaint for purposes of ruling on The

Scotts Miracle-Gro Company's motion to dismiss the Amended Complaint. The parties further agreed to a modification of the briefing schedule on the motion to address this new issue.

Upon consideration of the stipulation filed by the parties, the Court hereby orders as follows:

1. The Idea Submission Agreement, dated November 14, 2008 is to be considered as part of the Plaintiff's Amended Complaint for purposes of ruling on Scotts Miracle-Gro's motion to dismiss the Amended Complaint;

2. There has been no admission as to the authenticity or admissibility of the Idea Submission Agreement for any purpose other than the Court's consideration under Rule 12(b)(6);

3. Defendant is permitted to file a supplemental brief addressing the Idea Submission Agreement within three days after the issuance of this Order;

4. Plaintiff's opposition to Defendant's Motion to Dismiss shall be filed on or before August 15, 2016;

5. Defendant's reply in support of the Motion to Dismiss shall be filed on or before September 6, 2016; and

6. The hearing on Defendant's Motion to Dismiss, currently set on September 8, 2016, be continued to September 22, 2016

IT IS SO ORDERED.

Dated: July 28, 2016

_____
Troy L. Nunley
United States District Judge