KELLER, SLOAN, ROMAN & HOLLAND LLP
Christopher T. Holland (SBN 164053) cholland@ksrh.com
Ethan Jacobs (SBN 291838) ejacobs@ksrh.com
555 Montgomery St., 17th Floor
San Francisco, CA 94111
Telephone: 415.249.8330
Facsimile: 415.249.8333

MURRAY MURPHY MOUL + BASIL LLP
Geoffrey J. Moul (admitted *pro hac vice*) moul@mmmb.com
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.610.9653
Facsimile: 614.488.0401

Attorney for Defendant
THE SCOTTS MIRACLE-GRO COMPANY

GAW | POE LLP
Randolph Gaw (SBN 223718) rgaw@gawpoe.com
Mark Poe (SBN 223714) mpoe@gawpoe.com
Victor Meng (SBN 254102) vmeng@gawpoe.com
4 Embarcadero, Suite 1400
San Francisco, CA 94111
Telephone: 415.766.7451
Facsimile: 415.737.0642

Attorneys for Plaintiff
THEO DUNCAN

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| THEO DUNCAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE SCOTTS MIRACLE-GRO COMPANY,<br><br>　　　　Defendant. | Case No.: 2:16-cv-00293-TLN-KJN<br><br>**ORDER EXTENDING TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AND CONTINUING HEARING DATE** |

　　Plaintiff Theo Duncan and Defendant The Scotts Miracle-Gro Company, by stipulation, agreed that the Defendant's deadline to file a reply memorandum in support of its Motion to Dismiss Amended Complaint be extended and that the hearing on the Motion to Dismiss

Amended Complaint be continued to allow the parties additional time to discuss a potential resolution of this matter.

Upon consideration of the stipulation filed by Plaintiff Theo Duncan and Defendant The Scotts Miracle-Gro Company, the Court hereby orders as follows:

1. Defendant's reply memorandum in support of its Motion to Dismiss Amended Complaint shall be filed on or before October 6, 2016; and

2. The hearing on Defendant's Motion to Dismiss Amended Complaint, currently set for September 22, 2016, shall be continued to October 20, 2016.

IT IS SO ORDERED.

Dated: August 31, 2016

_____
Troy L. Nunley
United States District Judge